IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff<br>　　v.<br><br>JOSE EFREN BELTRAN,<br><br>　　　　　　　　　Defendant. | CASE NO. 1:22-MJ-00100-EPG<br><br>UNSEALING ORDER |

　　　Good cause appearing due to the defendant's pending initial appearance and indictment in the Eastern District of California on July 14, 2022, it is hereby ordered that the complaint, arrest warrant, and related court filings in the above matter, be UNSEALED.

IT IS SO ORDERED.

Dated:   **July 14, 2022**　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE